**BALLYVEANE ASSOCIATES**

v.

**CITY OF PITTSBURGH ZONING BOARD OF ADJUSTMENT and Light of Life Ministries, Inc.**

**Appeal of Light of Life Ministries, Inc.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2001.

Decided Dec. 18, 2001.

Dwight David Ferguson, Pittsburgh, for Light of Life Ministries, Inc.

George Spector, for City of Pittsburgh Zoning Board of Adjustment.

Harvey E. Robbins, Pittsburgh, for Ballyveane Associates.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

***ORDER***

PER CURIAM.

**AND NOW,** on this 18th day of December, 2001, the appeal is **DISMISSED** as having been improvidently granted.

Justice NIGRO dissents.